UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
UNITED STATES OF AMERICA *ex rel.* DAVID
HEISLER; and STATE OF NEW YORK *ex rel.*
DAVID HEISLER,

       Plaintiffs,

  - against -

VNSNY CHOICE *et al.*,

       Defendants.
------------------------------------------------------------------ X
UNITED STATES OF AMERICA,

       Plaintiff-Intervenor,

  - against -                    13 Civ. 4261 (RA) (SN)

VNS CHOICE; VNS CHOICE COMMUNITY CARE;
and VISITING NURSE SERVICE OF NEW YORK,

       Defendants.
------------------------------------------------------------------ X
STATE OF NEW YORK,

       Plaintiff-Intervenor,

  - against -

VNS CHOICE; VNS CHOICE COMMUNITY CARE;
and VISITING NURSE SERVICE OF NEW YORK,

       Defendants.
------------------------------------------------------------------ X

## STIPULATION OF DISMISSAL

    WHEREAS, the parties filed a Joint Notice of Dismissal on September 13, 2017, which dismissed, *inter alia*, the Relator's Amended Complaint but reserved the right for Relator to seek

{00102554 2 }

expenses, costs, and attorney's fees pursuant to 31 U.S.C. § 3730(d) and N.Y. State Fin. Law § 190(6)(a); and

WHEREAS, Relator has reached an agreement with Defendants resolving his claims for his expenses, costs, and attorney's fees;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/their respective counsel, that Relator's claims, including all claims for expenses, costs and attorney's fees are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: October 19, 2018

FOR THE UNITED STATES OF AMERICA

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____
JEFFREY K. POWELL
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2706
Email: Jeffrey.Powell@usdoj.gov

Dated: October 19, 2018

FOR THE STATE OF NEW YORK

Barbara D. Underwood
Attorney General of State of New York

By: _____
CAROLYN T. ELLIS
Chief, Civil Enforcement Division
Medicaid Fraud Control Unit
28 Liberty Street, 15th Floor
New York, New York 10005
Telephone: (212) 417-5384
Email: Carolyn.Ellis@ag.ny.gov

Dated: October __, 2018

FOR RELATOR DAVID HEISLER

YANKWITT LLP

By: _____
KATHY S. MARKS
140 Grand Street
White Plains, New York 10601
Telephone: (914) 686-1500
Email: Kathy@Yankwitt.com

Dated: October 19, 2018

FOR RELATOR DAVID HEISLER

LAW OFFICE OF ANDREA PAPARELLA, PLLC

By: *Andrea Paparella*
ANDREA M. PAPARELLA
150 West 28th Street, Suite 1603
New York, New York 10028
Telephone: (212) 675-2523
Email: ap@andreapaparella.com

Dated: October __, 2018

FOR DEFENDANTS

ROPES & GRAY LLC

By: _____
STEPHEN A. WARNKE
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 841-0681
Email: stephen.warnke@ropesgray.com

3